UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IHG MANAGEMENT (MARYLAND) LLC, | |
| Plaintiff, | |
| v. | Case No. _____ |
| ENDOCRINE SOCIETY LLC. | |
| Defendant. | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant The Endocrine Society, Inc. (improperly named in the Complaint as "Endocrine Society LLC") hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division. In support of removal, Defendant states as follows:

1. On March 13, 2023, Plaintiff IHG Management (Maryland) LLC filed a complaint and commenced a civil action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2023-004274-CA-01 (the "State Court Action"). Plaintiff's claims relate to contracts between the parties for events scheduled to take place at Plaintiff's facilities during the coronavirus pandemic. (Compl. at 1–5.)

2. Defendant was served with the complaint on March 27, 2023. True and correct copies of all process, pleadings, and orders in the State Court Action are attached hereto as **Exhibit A**. No other pleadings or motions have been filed in the State Court Action.

3. The basis for removal and this Court's original jurisdiction derives from 28 U.S.C. § 1332 as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs,

and is between citizens of different states. Removal is proper under 28 U.S.C. § 1441 because this Court has original diversity jurisdiction over the underlying dispute pursuant to 28 U.S.C. § 1332.

4. Defendant files this notice of removal within thirty days after service of the initial pleading setting forth the claim for relief upon which the State Court Action is based. 28 U.S.C. § 1446(b)(1).

## Diversity of Citizenship

5. Plaintiff IHG Management (Maryland) LLC is a Maryland limited liability company. Upon information and belief, Plaintiff is a wholly owned subsidiary of InterContinental Hotels Group PLC, a British company with its principal place of business in Windsor, England. Plaintiff therefore is a citizen of the United Kingdom. *See, e.g.*, *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("[A] limited liability company is a citizen of any state of which a member of the company is a citizen.").

6. Defendant The Endocrine Society, Inc. is a 501(c)(3) nonprofit corporation organized under the laws of Delaware with its principal place of business in Washington, D.C. It is therefore a citizen of Delaware and the District of Columbia. 28 U.S.C. § 1332(c)(1) ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.").

7. There is complete diversity of citizenship among the parties.

## Other Requirements for Removal

8. Jurisdiction is proper under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff's Complaint demands $454,270, exclusive of interest and costs. (*See* Compl. at 6.)

9. The United States District Court for the Southern District of Florida embraces the locality in which the State Court Action is now pending, making this Court a proper forum pursuant to 28 U.S.C. § 1446(a). Miami-Dade County lies in the Miami Division of this Court.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice is being served on counsel for Plaintiff and a copy is being filed with the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

11. This notice is signed pursuant to Federal Rule of Civil Procedure 11.

12. A copy of the Civil Cover Sheet is attached hereto.

This 17th Day of April, 2023

Respectfully submitted,

/s/ Theodore B. Randles
David L. Feinberg
*Pro hac vice* forthcoming
Theodore B. Randles
Florida Bar No. 115790
Patricia S. Drennan
*Pro hac vice* forthcoming
VENABLE LLP
600 Massachusetts Ave. NW
Washington, D.C. 20001
Tel: (202) 344-4000
dlfeinberg@venable.com
tbrandles@venable.com
psdrennan@venable.com

*Attorneys for Defendant
The Endocrine Society, Inc.*