IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IHG MANAGEMENT (MARYLAND) LLC,　　　　　Case No. 1:23-CV-21439-RKA

Plaintiff,

v.

ENDOCRINE SOCIETY LLC,

Defendant.
_____/

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff IHG MANAGEMENT (MARYLAND) LLC ("Plaintiff") and Defendant ENDOCRINE SOCIETY LLC (ENDOCRINE SOCIETY, INC.), and by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree for the instant action to be voluntarily dismissed without prejudice, with the parties to bear their own costs and attorneys' fees.

Respectfully submitted by,

IHG MANAGEMENT (MARYLAND) LLC

By its attorneys,

**BRAD SINGER LAW, P.A.**
8185 Via Ancho Rd # 880305
Boca Raton, Florida 33488
Telephone: 561-571-7140
Facsimile: 561-634-3810

By:　/s/Bradley A. Singer
　　　BRADLEY A. SINGER
　　　FBN 1010872
　　　BRADY C. JOHNSON
　　　FBN 1031673
　　　brad@bradsingerlaw.com
　　　bradyj@bradsingerlaw.com
　　　marisa@bradsingerlaw.com
　　　eservice@bradsingerlaw.com

/s/ Theodore B. Randles
David L. Feinberg
Admitted *Pro Hac Vice*
Theodore B. Randles
Florida Bar No. 115790
Patricia S. Drennan
Admitted *Pro Hac Vice*
VENABLE LLP
600 Massachusetts Ave. NW
Washington, D.C. 20001
Tel: (202) 344-4000
dlfeinberg@venable.com
tbrandles@venable.com
psdrennan@venable.com

*Attorneys for Defendant*
*Endocrine Society LLC (Endocrine Society, Inc.)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I served a copy of the foregoing pleading upon all parties hereto via CM/ECF, facsimile or by mailing copies thereof, via first class mail, postage prepaid, properly addressed to:

Theodore B. Randles, Esq.
VENABLE LLP
600 Massachusetts Ave. NW
Washington, D.C. 20001
tbrandles@venable.com

/s/ Bradley A. Singer
Bradley A. Singer