UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-21439-ALTMAN/Reid

**IHG MANAGEMENT
(MARYLAND) LLC**,

    *Plaintiff*,

v.

**ENDOCRINE SOCIETY LLC.**,

    *Defendant*.

_____/

### ORDER OF DISMISSAL

The parties have filed a Notice of Voluntary Dismissal without Prejudice [ECF No. 20] in accordance Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk of Court shall **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on May 22, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record